Decided December 6, 2006

## KATHLEEN S. WASSON *v.* DAVID F. WASSON

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 901 (AC 26514), is denied.

*Brendan J. O'Rourke,* in support of the petition.

*Charles D. Ray* and *William T. Fitzmaurice,* in opposition.

Decided December 6, 2006